JS-6

1  LAQUER, URBAN, CLIFFORD & HODGE LLP
2  Jacqueline L. Sugarman, State Bar #245840
   225 South Lake Avenue, Suite 200
3  Pasadena, California 91101-3030
4  Telephone: (626) 449-1882
   Facsimile: (626) 449-1958
5  Email: Sugarman@Luch.com

6  Counsel for Plaintiffs, Trustees of the Southern
7  California Pipe Trades Health and Welfare Trust Fund, et al.

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>           Plaintiffs,<br><br>     vs.<br><br>PULLEN ASSOCIATES, INC., a California corporation doing business as "Vision Mechanical Services"; and RICHARD JACK PULLEN, an individual,<br><br>           Defendants. | CASE NO. CV 09-03816 GAF (RCx)<br><br>**JUDGMENT** |

1

233756.1                                                        JUDGMENT

This action having been commenced on May 28, 2009, and the Court having approved the stipulation of the parties for entry of judgment, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND, TRUSTEES OF THE APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST FUND, TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, shall recover from Defendants PULLEN ASSOCIATES, INC., a California corporation doing business as "Vision Mechanical Services," and RICHARD JACK PULLEN, an individual, jointly and severally, the principal amount of $58,831.31, plus pre-judgment and post-judgment interest thereon at the rate of ten percent (10%) per annum from August 6, 2009, until paid in full.

DATED: August 24, 2009

_____
HONORABLE GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE